UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DALTON GRANT YOUNG | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SEC "__" |
| SEACOR MARINE, LLC, LONGNECKER PROPERTIES, INC., AND E.N.I. US OPERATING CO., INC. | § | MAG. ( ) |

## SEAMAN'S SUIT

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, DALTON GRANT YOUNG, a person of the full age of majority, who respectfully avers the following::

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named Defendants are:

SEACOR MARINE, LLC, hereinafter referred to as SEACOR or Defendant, a corporation engaged in the business of operating offshore supply boats to service oil and gas properties;

LONGNECKER PROPERTIES, INC., hereinafter referred to as LPI or Defendant, a corporation engaged in the business of employing riggers aboard vessels servicing oil and gas properties; and,

E.N.I. US OPERATING CO., INC., hereinafter referred to as ENI or Defendant, a corporation engaged in the business of owning and operating oil and gas properties in the Gulf of Mexico.

3.

At all times relevant herein, Plaintiff, DALTON GRANT YOUNG, was employed by LPI as a rigger assigned to the M/V CLAY ELLA.

4.

Plaintiff was assigned to the M/V CLAY ELLA during the majority of his employment with LPI.

5.

At all times relevant herein, the M/V CLAY ELLA was a vessel owned, operated and/or controlled by SEACOR and was operating in navigable waters of the Gulf of Mexico supporting oil and gas properties owned and operated by ENI.

6.

At all times relevant herein, SEACOR was the borrowing Jones Act employer of the Plaintiff.

7.

While serving aboard the M/V CLAY ELLA, DALTON GRANT YOUNG sustained severe injuries to his person, including but not limited to his left knee, lower back and neck.

8.

On or about August 30, 2015, Plaintiff was assisting with a back loading operation from the ENI platform to the M/V CLAY ELLA. As the load approached the

M/V CLAY ELLA, the vessel and the load moved suddenly and unexpectedly knocking Plaintiff down causing injuries to his left knee, lower back and neck.   The M/V CLAY ELLA's boat handler did not maintain proper control of the vessel at the time of this incident.  ENI's crane operator did not maintain proper control of the load.

9.

A cause of this incident and Plaintiff's injury was the fault and/or negligence attributable to the SEACOR MARINE, LLC, and/or the unseaworthiness of the M/V CLAY ELLA and its appurtenances.

10.

A cause of this incident and Plaintiff's injuries was the fault and/or negligence attributable to LPI.

11.

A cause of this incident and Plaintiff injuries was the fault and/or negligence attributable to ENI.

12.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, DALTON GRANT YOUNG, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

    a.      Past and future loss of wages and benefits;

    b.      Impairment of future earning capacity;

    c.      Physical pain and suffering;

    d.      Mental and emotional pain and suffering;

    e.      Past and future medical expenses;

  f. Permanent disability;

  g. Loss of enjoyment of life; and,

  h. Additional damages to be shown at the trial of this action.

13.

Plaintiff was not at fault in causing this incident or the resulting damages.

14.

These injuries occurred while Plaintiff, a seaman, was in the service of the vessel. Plaintiff is entitled to maintenance and cure benefits.

15.

Under the Jones Act, Plaintiff is entitled to a trial by jury. Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff, DALTON GRANT YOUNG, prays for judgment herein and against Defendants, SEACOR MARINE, LLC, LONGNECKER PROPERTIES, INC., and E.N.I. US OPERATING CO., INC. and that Defendants be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, DALTON GRANT YOUNG, and against Defendants herein, SEACOR MARINE, LLC, LONGNECKER PROPERTIES, INC., and E.N.I. US OPERATING CO., INC. in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of incident until paid, all costs of these proceedings, for a trial by jury and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC


***/s/ Berney L. Strauss***
Berney L. Strauss #12527
Rhett E. King #23811
Sarah A. Lowman #18311
Clinton G. Mead #35244
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com
berneylstrauss@yahoo.com
clintonmead@straussandking.com
sarahlowman@straussandking.com
*Attorneys for Dalton Grant Young*